# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**STACEY CRAINE**  **PLAINTIFF**

V.     CASE NO.: 3:11CV00001 BD

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**  **DEFENDANT**

## JUDGMENT

Plaintiff Stacey Craine's appeal is denied and judgment is entered in favor of Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 13th day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE